UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LINDA C. WISEMAN,

    Plaintiff,

v.     Case No. 6:17-cv-2209-Orl-37KRS

COMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

In this social security appeal, Plaintiff seeks review of the Commissioner's decision to deny her social security disability benefits. (Doc. 1.) In a Report and Recommendation issued November 6, 2018, U.S Magistrate Judge Karla R. Spaulding, upon thorough review of the record and Plaintiff's three assignments of error, recommends affirming the Commissioner's decision. (Doc. 21 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 21) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The decision of the Commissioner is **AFFIRMED.**

3. The Clerk is **DIRECTED** to:

    a. Enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff Linda C. Wiseman; and

    b. Close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 21, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record